# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **VICKIE ESPOSITO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **CLEANAIRE, INC.; CLEANAIR, LLC** | § | |
| **d/b/a PAMLICO AIR; PAMLICO AIR,** | § | |
| **LLC a/k/a MANN + HUMMEL;** | § | **CIVIL ACTION NO. _____** |
| **PAMLICO AIR, INC. a/k/a MANN +** | § | |
| **HUMMEL; RISE PROPERTIES, LLC;** | § | |
| **MANN & HUMMELL, GmbH d/b/a** | § | |
| **MANN + HUMMEL AIR FILTRATION** | § | |
| **AMERICAS,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT CLEANAIRE, INC. d/b/a PAMLICO AIR, INC.'S (formerly known as CleanAir, LLC d/b/a Pamlico Air, LLC) NOTICE OF REMOVAL

Defendant CleanAire, Inc. d/b/a Pamlico Air, Inc. (formerly known as CleanAir, LLC d/b/a Pamlico Air, LLC) ("Defendant CleanAire, Inc.") timely files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a), 1446(b), and 1332(a), removing this action from the 116th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Wichita Falls Division. In support thereof, Defendant CleanAire, Inc. shows the Court as follows:

### I.    Procedural History and Basis for Removal

1.   Plaintiff Vickie Esposito commenced this lawsuit on April 5, 2023, against Defendants in the 116th District Court, Dallas County, Texas bearing cause number DC-23-04532 (the "State Court Action").

2.   On April 13, 2023, Defendant CleanAire, Inc. received notice of the lawsuit by receiving a copy of Plaintiff's Original Petition (Exhibit "D"), and Defendant CleanAire, Inc. filed

its Motion to Transfer Venue and Original Answer Subject Thereto in the State Court Action on May 8, 2023.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within the thirty-day statutory time period for removal.

4. Plaintiff seeks to recover damages in this lawsuit based on allegations of premises liability and negligence. Plaintiff's claims arise due to injuries allegedly sustained when she tripped and fell while picking up filters at Defendant CleanAire, Inc.'s facility located at 2801 Production Boulevard in Wichita Falls, Wichita County, Texas.

5. Defendant CleanAire, Inc. files this Notice of Removal pursuant to 28 U.S.C. § 1441(b) which permits removal based on diversity jurisdiction and requests that this lawsuit be removed to the United States District Court for the Northern District of Texas Wichita Falls Division located at 1000 Lamar Street, Room 203, Wichita Falls, Texas 76301. Section 1332 sets forth the factual predicates justifying the exercise of diversity jurisdiction. Those requirements are: (i) complete diversity among the parties; and (ii) that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### A.   Jurisdiction

6. In a removal, "the burden of persuasion for establishing diversity jurisdiction is on the party asserting it." *See Hertz Corp. v. Friend*, 559 U.S. 77, 130 S. Ct. 1181, 175 L. Ed. 2d 1029 (2010). This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds

$75,000.00[1]. Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

7. Removal based on diversity of citizenship may only be effectuated if none of the parties in interest properly joined and served as defendants is a citizen of the State in which the action is brought. 28 U.S.C. § 1441.

8. Complete diversity under 28 U.S.C. § 1332 exists in this case. Plaintiff is a citizen of the State of Arizona. Both at the time the lawsuit was originally filed, and at the time of removal, Defendant CleanAire, Inc. was a Delaware corporation with its principal place of business in North Carolina. Accordingly, Defendant CleanAire, Inc. is a citizen of the State of North Carolina for diversity purposes. Therefore, complete diversity of citizenship exists. Further, there is no proof that the remaining co-defendants named in the State Court Action have been properly joined and served requiring them to join in the notice of removal or their consent to the removal. 28 U.S.C. § 1446(b)(2)(A).

9. In addition to diversity of citizenship, the amount in controversy meets the minimum jurisdictional requirements under 28 U.S.C. § 1332. *See* Exhibit D, Plaintiff's Original Petition, ¶ 12. Plaintiff seeks damages in excess of $250,000.00 but not more than $1,000,000. *Id*.

### B.  Venue

10. Removal to this Court is made pursuant to 28 U.S.C. § 1441(e) because the state court action was filed in this district, and while Plaintiff plead Dallas County as its choice of venue, the proper state court venue is Wichita County[2], which is located in the Wichita Falls Division.

---

[1] *See* Exhibit D, Plaintiff's Original Petition ¶ 12 wherein Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000.
[2] *See* Exhibit J, Motion to Transfer Venue and Original Answer Subject Thereto of Defendant CleanAire, Inc. d/b/a Pamlico Air, Inc. (formerly known as CleanAir, LLC d/b/a Pamlico Air, LLC) ¶¶ 1.1-1.5.

## C. Removal Requirements

11. Contemporaneous with the filing of this Notice of Removal, Defendant CleanAire, Inc. is filing a Notice of Filing Notice of Removal with the Clerk of Court for the 116th District Court of Dallas County, Texas pursuant to 28 U.S.C. § 1446(d).

12. Attached hereto are all the documents required by 28 U.S.C. § 1446(a) and Local Rules 81.1 of the United States District Court for the Northern District of Texas, including:

Exhibit A:   Civil Cover Sheet

Exhibit B:   Supplemental Cover Sheet

Exhibit C:   Index of Documents Filed in State Court Action

Exhibit D:   Plaintiff's Original Petition

Exhibit E:   Plaintiff's Letter Dated April 14, 2023 Requesting Hague Convention Citation for Defendant Mann + Hummel, GmbH d/b/a Mann + Hummel Air Filtration Americas (Letter re: Citation Fee Paid)

Exhibit F:   Executed Citation – Cleanair, LLC d/b/a Pamlico Air, LLC

Exhibit G:   Executed Citation – CleanAire, Inc.

Exhibit H:   Plaintiff's Letter Dated April 18, 2023 Requesting Hague Convention Citation for Defendant Mann + Hummel, GmbH d/b/a Mann + Hummel Air Filtration Americas (USM-94 Form for Hague Citation Mann + Hummel In Germany; Letter re: Request for Service Abroad of Judicial or Extrajudicial Documents)

Exhibit I:   Executed Citation – Pamlico Air, Inc. a/k/a Mann + Hummel

Exhibit J:   Motion to Transfer Venue and Original Answer Subject Thereto of Defendant CleanAire, Inc. d/b/a Pamlico Air, Inc. (formerly known as CleanAir, LLC d/b/a Pamlico Air, LLC)

Exhibit K:   State Court Docket Sheet

Exhibit L:   Certificate of Interested Parties

Plaintiff requests a jury, and Defendant CleanAire, Inc. also requests a trial by jury pursuant to Fed. R. Civ. P. 81(c)(3)(A).

13. All fees required by law in connection with this Notice have been tendered and paid by Defendant CleanAire, Inc.

## II.   Prayer

WHEREFORE, Defendant CleanAire, Inc. d/b/a Pamlico Air, Inc. hereby removes the above-captioned matter, now pending in the 116th Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Wichita Falls Division.

Respectfully submitted,

By: */s/ Daniel Buechler*
Daniel Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8268
A. Matthew Alagha
State Bar No. 24094502
malagha@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-880-8200
Facsimile: 214-871-8209

**ATTORNEYS FOR DEFENDANT CLEANAIR, INC. d/b/a PAMLICO AIR, INC.**

## CERTIFICATE OF SERVICE

      I certify a true and correct copy of this document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure on the 12th day of May, 2023:

| | |
|---|---|
| I. Scott Lidji<br>Mary Jo R. Betzen<br>Carlos G. Galliani<br>K. Gracie Everitt<br>The Lidji Firm<br>10440 N. Central Expressway, Suite 1240<br>Dallas, Texas 75231<br>legal@thelidjifirm.com<br>972-223-7455<br>Facsimile: 214-753-4751<br>***Attorneys for Plaintiff*** | Tanja K. Martini<br>The Martini Law Firm, PC<br>10440 N. Central Expwy., Suite 1240<br>Dallas, Texas 75231<br>214-753-4757<br>Facsimile: 888-248-1734<br>tanja@themartinilawfirm.com<br>***Attorney for Plaintiff*** |

                                      */s/ Daniel P. Buechler*
                                      Daniel P. Buechler