IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **VICKIE ESPOSITO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-CV-00049-O |
| | § | |
| **CLEANAIRE, INC. et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion to Extend the Mediation Deadline (ECF No. 7). The Motion is **GRANTED**. The Parties shall mediate by May 9, 2024.

**SO ORDERED** on this **3rd day** of **May, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1