# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| VICKIE ESPOSITO, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| CLEANAIRE, INC.; CLEANAIR, LLC d/b/a PAMLICO AIR; PAMLICO AIR, LLC a/k/a MANN + HUMMEL; PAMLICO AIR, INC. a/k/a MANN + HUMMEL; RISE PROPERTIES, LLC; MANN & HUMMELL GmbH d/b/a MANN + HUMMEL AIR FILTRATION AMERICAS, | § § § § § § § § § CIVIL ACTION NO. 7:23-cv-00049-O |
| | § |
| *Defendants.* | § |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Vickie Esposito and Defendants Cleanaire, Inc., Cleanair, LLC d/b/a Pamlico Air, Pamlico Air, LLC a/k/a Mann + Hummel, Pamlico Air, Inc. a/k/a Mann + Hummel, and Mann & Hummell GMBH d/b/a Mann + Hummel Air Filtration America (collectively, the "Settling Parties") file this Joint Notice of Settlement to notify the court of the Settling Parties' agreement in this matter. The Settling Parties have reached a settlement in this matter and are in the process of finalizing settlement, after which a dismissal of Defendants Cleanaire, Inc., Cleanair, LLC d/b/a Pamlico Air, Pamlico Air, LLC a/k/a Mann + Hummel, Pamlico Air, Inc. a/k/a Mann + Hummel, and Mann & Hummell GMBH d/b/a Mann + Hummel Air Filtration America will be filed by the Settling Parties.

Respectfully submitted,

*/s/ A. Matthew Alagha*
Daniel Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8268
Matthew Alagha
State Bar No. 24094502
malagha@thompsoncoe.com
214-292-3904
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-880-8200
Facsimile: 214-871-8209
**ATTORNEYS FOR DEFENDANTS CLEANAIRE, INC., CLEANAIR, LLC D/B/A PAMLICO AIR, PAMLICO AIR, LLC A/K/A MANN + HUMMEL, PAMLICO AIR, INC. A/K/A MANN + HUMMEL, AND MANN & HUMMELL GMBH D/B/A MANN + HUMMEL AIR FILTRATION AMERICA**

And

*/s/ Tanja K. Martini (w/ permission)*
Tanja K. Martini
Attorney in Charge
State Bar No. 240325841
The Martini Law Firm, PC
10440 N. Central Expwy., Suite 1240
Dallas, Texas 75231
214-753-4757 - O
888-248-1734 - F
tanja@themartinilawfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2024, a true and correct copy of the foregoing document was served to all counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| I. Scott Lidji | Tanja K. Martini |
| Mary Jo R. Betzen | The Martini Law Firm, PC |
| Carlos G. Galliani | 10440 N. Central Expwy., Suite 1240 |
| K. Gracie Everitt | Dallas, Texas 75231 |
| The Lidji Firm | 214-753-4757 |
| 10440 N. Central Expressway, Suite 1240 | Facsimile:  888-248-1734 |
| Dallas, Texas 75231 | tanja@themartinilawfirm.com |
| legal@thelidjifirm.com | *Attorney for Plaintiff* |
| 972-223-7455 | |
| Facsimile:  214-753-4751 | |
| *Attorneys for Plaintiff* | |

                                                */s/ A. Matthew Alagha*
                                                A. Matthew Alagha