IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| VICKIE ESPOSITO, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| CLEANAIRE, INC.; CLEANAIR, LLC d/b/a PAMLICO AIR; PAMLICO AIR, LLC a/k/a MANN + HUMMEL; PAMLICO AIR, INC. a/k/a MANN + HUMMEL; RISE PROPERTIES, LLC; MANN & HUMMELL GmbH d/b/a MANN + HUMMEL AIR FILTRATION AMERICAS, | § § § § § § § § § § | CIVIL ACTION NO. 7:23-cv-00049-O |
| *Defendants.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Vickie Esposito and Defendants Cleanaire, Inc., Cleanair, LLC d/b/a Pamlico Air, Pamlico Air, LLC a/k/a Mann + Hummel, Pamlico Air, Inc. a/k/a Mann + Hummel, and Mann & Hummell GMBH d/b/a Mann + Hummel Air Filtration America (collectively, the "Parties"), file this, their Joint Motion to Dismiss with Prejudice, and would respectfully show the Court as follows:

1. The Parties have entered into a settlement agreement resolving the claims between them in this lawsuit. As part of this same agreement Plaintiff has agreed to dismiss this lawsuit with prejudice. Therefore, the Parties respectfully request this Court to dismiss this lawsuit with prejudice.

2. A proposed Agreed Final Order of Dismissal With Prejudice is being filed simultaneously herewith.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Court to dismiss this lawsuit with prejudice by entering the Agreed Final Order of Dismissal With Prejudice they are filing simultaneously herewith.

Respectfully submitted,

*/s/ A. Matthew Alagha*
Daniel Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8268
Matthew Alagha
State Bar No. 24094502
malagha@thompsoncoe.com
214-292-3904
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-880-8200
Facsimile: 214-871-8209
**ATTORNEYS FOR DEFENDANTS CLEANAIRE, INC., CLEANAIR, LLC D/B/A PAMLICO AIR, PAMLICO AIR, LLC A/K/A MANN + HUMMEL, PAMLICO AIR, INC. A/K/A MANN + HUMMEL, AND MANN & HUMMELL GMBH D/B/A MANN + HUMMEL AIR FILTRATION AMERICA**

And

/s/
Tanja K. Martini   SBN 24032581
The Martini Law Firm, PC
10440 N. Central Expwy., Suite 1240
Dallas, Texas 75231
214-753-4757
Facsimile: 888-248-1734
tanja@themartinilawfirm.com
**ATTORNEY FOR PLAINTIFF**