IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **VICKIE ESPOSITO,** § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:23-CV-00049-O |
| § | |
| **CLEANAIRE, INC. et al.,** § | |
| § | |
| § | |
| Defendants. § | |

### ORDER

On this date came on to be considered the above-entitled and numbered cause and this Agreed Final Order of Dismissal With Prejudice submitted by Plaintiff Vickie Esposito and Defendants Cleanaire, Inc., Cleanair, LLC d/b/a Pamlico Air, Pamlico Air, LLC a/k/a Mann + Hummel, Pamlico Air, Inc. a/k/a Mann + Hummel, and Mann & Hummell GMBH d/b/a Mann + Hummel Air Filtration America (collectively, the "Parties"). The Parties appeared by and through their attorneys and announced to the Court that all matters in controversy between Plaintiff Vickie Esposito and Defendants Cleanaire, Inc., Cleanair, LLC d/b/a Pamlico Air, Pamlico Air, LLC a/k/a Mann + Hummel, Pamlico Air, Inc. a/k/a Mann + Hummel, and Mann & Hummell GMBH d/b/a Mann + Hummel Air Filtration America have been fully and finally resolved and settled and that by this Order Plaintiffs' claims against Defendants and the above-entitled and numbered cause should be dismissed with prejudice to refiling in any form. The Court finds that all matters in controversy have been fully and finally resolved and settled as between the Parties and that the above entitled and numbered action should be dismissed with prejudice to refiling in any form.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be, and here is, dismissed with prejudice to refiling in any form.

All other requested relief not expressly granted herein is denied. Each party shall pay its own costs and attorneys' fees incurred herein. Having disposed of all parties and issues in this cause, this Order constitutes a final judgment of this Court.

**SO ORDERED** on this **1st day** of **July, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**